# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| AMANDA ASSAD,<br><br>    **Plaintiff,**<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD & NUTRITION SERVICE,<br><br>    **Defendant.** | Case No. 21-2038 |

### REPORT AND RECOMMENDATION

On July 7, 2021, this Court entered an Order to Show Cause, instructing Plaintiff to serve a copy of the Complaint and summons on all Defendants pursuant to Federal Rule of Civil Procedure 4(m). (#5). The Court gave Plaintiff 14 days to comply with the Order and show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Rule 4(m). (#5).

On July 16, 2021, Plaintiff filed a "Motion to Amend Complaint." (#7). The Court granted the Motion, giving Plaintiff 14 days to file an amended complaint and 21 days thereafter to show proof of service in compliance with Federal Rule of Civil Procedure 4(i). (Text Order entered on 7/16/2021). In her Motion, Plaintiff made no reference to the Order to Show Cause. To date, Plaintiff has yet to directly respond to the Court's Order.

On August 6, 2021, one full week after the 14-day deadline had passed, Plaintiff filed her Amended Complaint. (#10). Plaintiff's Amended Complaint lists the United States of America as Defendant, not the United States Department of Agriculture Food & Nutrition Service.

On August 17, 2021, an Alias Summons was issued as to the United States Department of Agriculture Food & Nutrition Service. (#11). No Alias Summons was issued as to the United States of America.

On December 14, 2021, the Court renewed its initial order to show cause (#18). Plaintiff was given until December 28, 2021 to show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Rule 4(m). Plaintiff was warned that failure to show sufficient cause by the deadline may result in dismissal of this case. Plaintiff failed to file any response on or before December 28, 2021, and still has not responded as of this date.

Thus, Plaintiff failed to show cause by the deadline and failed to correctly serve Defendant in this matter.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 5th day of January, 2022.

                                                  s/ ERIC I. LONG
                                       UNITED STATES MAGISTRATE JUDGE